COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: CARLOS GIRALDO HURTADO (J)    CASE NO: 00-4144-SNOW ~~Uitmac~~

AUSA: DEB STUART / _pres_    ATTY: _Lopez_

AGENT: DEA    VIOL: 21:846; 841(a)(1)

PROCEEDING I/A ON COMPLAINT    RECOMMENDED BOND PTD

BOND HEARING HELD - yes/no    COUNSEL APPOINTED ___

_____ BOND SET @ ___

_____ SPECIAL CONDITIONS: ___

1) To be cosigned by: ___

2) Rpt to PTS _____ x's a wk/month by phone; _____ x's a wk/month in person

3) Travel extended to: ___

_Deft advised of charges - sworn for appotnt of Counsel_

_Spanish Interp_

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: ___

_____    PTD/BOND HRG:    6-23    10:30    Snow

_____    PRELIM/ARRAIGN:    7-3    11    BSS

_____    REMOVAL HRG: ___

_____    STATUS CONF: ___

Date: 6/19/00    Time 11:00    FTL/LSS TAPE #00- 028    Begin: 2597    End: 3434

_re-call 3376_