UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55350-004

UNITED STATES OF AMERICA )
         Plaintiff ) Case Number: CR 00-4144 I/ Turnoff
                    ) REPORT COMMENCING CRIMINAL
   -vs-             )          ACTION
                    )
CARLOS E.G. HURTADO )
         Defendant

TO: Clerk's Office    MIAMI  (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court         (circle one)

FILED by _____ D.C.
JUN 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 6-15-00 _____ am/pm

(2) Language Spoken: SPANISH

(3) Offense(s) Charged: PWID HEROIN

(4) U.S. Citizen [ ] Yes [X] No [ ] Unknown

(5) Date of Birth: 3-25-61

(6) Type of Charging Document: (check one)
    [ ] Indictment  [X] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____  (9) Arresting Officer: _____

(10) Agency: DEA _____  (11) Phone: _____

(12) Comments: _____