DJS:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6173**
21 U.S.C. 846
21 U.S.C. 841(a)(1)

CR-ZLOCH

MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA,

  PLAINTIFF,

v.

CARLOS ENRIQUE GIRALDO HURTADO,

  DEFENDANT.

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about June 15, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### CARLOS ENRIQUE GIRALDO HURTADO,

did knowingly and intentionally combine, conspire, confederate and agree with persons unknown to the grand jury to possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 846.



## COUNT II

On or about June 15, 2000, at Ft. Lauderdale/Hollywood International Airport, in Broward County, in the Southern District of Florida, the defendant,

### CARLOS ENRIQUE GIRALDO HURTADO,

did knowingly and intentionally possess with the intent to distribute, a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

DEBRA J. STUART
ASSISTANT U.S. ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     CASE NO. _____

v.

CARLOS HURTADO              **CERTIFICATE OF TRIAL ATTORNEY***
_____  **Superseding Case Information**:

**Court Division**: (Select One)   New Defendant(s)     Yes ___   No ___
                                   Number of New Defendants ___
___ Miami  ___ Key West            Total number of counts ___
_X_ FTL   ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) _NO_____
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days       _X_      Petty    ___
   II   6 to 10 days      ___      Minor    ___
   III  11 to 20 days     ___      Misdem.  ___
   IV   21 to 60 days     ___      Felony   _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?   (Yes or No) _YES_
   If yes:
   Magistrate Case No. __00-4144-VITUNAC_____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of ____June 15, 2000_____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No    If yes, was it pending in the Central Region? __ Yes __ No

                                    _____
                                    DEBRA J. STUART
                                    ASSISTANT UNITED STATES ATTORNEY
                                    COURT NO. A5500061

*Penalty Sheet(s) attached                                    REV.4/7/99

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET**

Defendant's Name:   CARLOS ENRIQUE
                    GIRALDO HURTADO          NO. _____

Count # I   18 U.S.C. 846   (Attempt and Conspiracy)

*Max. Penalty:   10 years' mandatory minimum; possible maximum imprisonment of life; $4,000,000 fine

Count # II   18 U.S.C.   841(a)(1) (Posession w/intent to distribute heroin)

*Max. Penalty:   10 years' mandatory minimum; possible maximum imprisonment of life; $4,000,000 fine

Count #

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96