UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6173-CR-ZLOCH

UNITED STATES OF AMERICA

vs

CARLOS GIRALDO HURTADO

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 23, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: __CUSTODY_____

                   Telephone:_____

DEFENSE COUNSEL:   Name:____FEDERAL PUBLIC DEFENDER_____

                   Address:_____

                   Telephone:_____

BOND SET/CONTINUED:   $____100,000 CSB W/NEBBIA STIPULATED____

Bond hearing held: yes_____ no__X__ Bond hearing set for_____

Dated this__23RD__day of __JUNE_____,2000.

                              CLARENCE MADDOX
                              COURT ADMINISTRATOR/CLERK OF COURT

                              By:_____
                                 Deputy Clerk

                              Tape No._____00-033_____

cc: Copy for Judge
    U. S. Attorney

