COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: CARLOS GIRALDO HURTADO (J)   CASE NO: 00-6173-CR-ZLOCH
AUSA: DEB STUART / Rice           ATTY: Martin Bidwill
AGENT:                             VIOL:
PROCEEDING PTD / ARRAIGNMENT       RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no         COUNSEL APPOINTED
    BOND SET @ 100,000  CSB w/ Nebb
    SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:

gov't reserves the right to request
PTD should deft seek to post
or reduce
the bond

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

SPANISH INTERPRETER REQUIRED

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:
                         REMOVAL HRG:          ✓
                         STATUS CONF:  7-10    11   BSS

                         FTL/LSS
Date: 6/23/00   Time 10:30 AM   TAPE #00- 033  Begin: 1929  End: 2003

FILED by ___ D.C.
JUN 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.