UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6173-CR-ZLOCH

UNITED STATES OF AMERICA,

VS.

CARLOS GIRALDO HURTADO

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on July 10, 2000. At that conference, the parties informed the Court as follows:

1.  The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government informed the Court that it is ready to proceed and anticipates that this matter will require two to three days to try. Its case-in-chief will not involve any audio or video tapes. Finally, the Government represented that plea negotiations are ongoing.

2.  Defense counsel stated he is still seeking a copy of a laboratory report from the Government. In addition, he is considering filing a motion to suppress, which may be dispositive of the case. Finally, the defense requested and was granted an

1

additional thirty (30) days within which to file pretrial motions.

DATED at Fort Lauderdale, Florida this ____ day of July, 2000.

*[signature]*
BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William J. Zloch
United States District Judge

United States Attorney's Office

Federal Public Defender
Attorney for Defendant