DJS:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6173-CR-ZLOCH
Magistrate Judge Seltzer

UNITED STATES OF AMERICA    :

v.                          :

CARLOS GIRALDO HURTADO,     :
    Defendant.    :
_____

GOVERNMENT'S SUPPLEMENTAL RESPONSE
TO STANDING DISCOVERY ORDER

  COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney and provides the enclosed information by way of supplement to its response to the Standing Discovery Order in this cause.

  A. 6. Attached is the laboratory analysis of the contraband seized from the defendant.

      Respectfully submitted,

      GUY A. LEWIS
      UNITED STATES ATTORNEY

  By: _____
      DEBRA J. STUART
      Assistant United States Attorney
      Court No. A5500061
      500 E. Broward Blvd. 7th Floor
      Ft. Lauderdale, Fl 33394
      Tel: (954) 356-7255
      Fax:(954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by hand this 20th day of July, 2000, to : Martin Bidwill, Esquire, Assistant Federal Public Defender, 101 N.E. 3rd Avenue, Ft. Lauderdale, Fl. 33301.

DEBRA J. STUART
ASSISTANT U.S. ATTORNEY

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|
| ☐ Purchase  ☒ Seizure  ☐ Free Sample ☐ Lab. Seizure  ☐ Money Flashed  ☐ Compliance Sample (Non-Criminal) ☐ Internal Body Carry  ☐ Other (Specify) | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Fort Lauderdale, Florida | 06/15/00 | HURTADO, Giraldo Carlos |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| N/A | ☐ Case No. OR  ☐ Seizure No.  No. N/A | 06/16/00 | |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | 13. Seized | 14. Submitted | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| 1 | | Heroin | 124 pellets wrapped in white latex connected together with white gauze tape. | | 1,325.3 grms | |
| 2 | | Heroin | 2 small square shaped items white in color wrapped in clear plastic concealed in a black hand held radio. | | 356.9 grms | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?  ☒ NO (Included above)  ☐ YES (If Yes, enter exhibit no. and describe original container fully)

REMARKS:
On June 15, 2000, Exhibits 1 and 2 were seized from Giraldo HURTADO at the Fort Laud/Hollywood International Airport by Domestic Interdiction Unit Investigators Bob Wolfkill and Jose Interian. On the same date, the exhibits were relinquished to SA Bob Shinn. On the same date, SA Shinn and DIU Investigator Mick Wiener transported and secured the exhibits in the Fort Lauderdale District Office temporary storage vault. On June 16, 2000, SA Mike Mancuso removed the exhibits from the storage vault and processed same as evidence as witnessed by SA Troy Mihok. The exhibits were then taken to the Southeast Laboratory for analysis.

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| SA Michael Mancuso | GS Bruce E. Baldwin  A/GS |

### LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 2 HSEE | 6-16-00 | Troy Mihok Special Agent |
| 22. SEAL  ☐ Broken ☒ Unbroken | 23. RECEIVED BY (Signature & Date) 6-16-2000 | 24. Print or Type NAME and TITLE Evid Tech |

### LABORATORY REPORT

25. ANALYSIS SUMMARY AND REMARKS

Exhibit 1 contains heroin hydrochloride.
  Gross Wt: 1326g     Net Wt: 982.1g

One gram removed for special studies.

Exhibit 2 contains heroin hydrochloride.
  Gross Wt: 357.9g    Net Wt: 89.4g

113818
113819

amp 7/12/00

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 1 | 113818 | heroin hydrochloride | 90 | % | | 883.9g | 979.0g |
| 2 | 113819 | heroin hydrochloride | 82 | % | | 73.3g | 87.4g |

| 34. ANALYST (Signature) Gary L. Alexander | 35. TITLE 7/13/2... Forensic Chemist | 36. DATE COMPLETED 7/6/00 |
|---|---|---|
| 37. APPROVED BY (Signature & Date) Harold H. ... 7/13/2000 | 38. TITLE Laboratory Director | 39. LAB. LOCATION Miami, FL |

DEA Form - 7 (Sept 1995)     Previous edition dated 4/90 may be used until stock is exhausted.     1 - Prosecution