UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6173-CR-ZLOCH(S)
21 U.S.C. §846
21 U.S.C. §841(a)(1)
18 U.S.C. §2

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| CARLOS ENRIQUE GIRALDO HURTADO, | ) |
| | ) |
| Defendant. | ) |
| _____ | / |

### SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about June 15, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### CARLOS ENRIQUE GIRALDO HURTADO,

did knowingly and intentionally combine, conspire, confederate and agree with persons unknown to the grand jury to possess with intent to distribute a Schedule I controlled substance, that is, more than one kilogram of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.



## COUNT II

On or about June 15, 2000, at Ft. Lauderdale/Hollywood International Airport, in Broward County, in the Southern District of Florida, the defendant,

CARLOS ENRIQUE GIRALDO HURTADO,

did knowingly and intentionally possess with intent to distribute, a Schedule I controlled substance, that is, more than one kilogram of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

DEBRA J. STUART
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

Defendant Name:  **Carlos Giraldo Hurtado**            Case No.: 00-6173-CR-ZLOCH(S)

================================    ==========================================

Count #I: Conspiracy to possess with intent to distribute heroin (more than one kilogram);  21: 841(a)(1) and 846.

**Max. Penalty:** Ten years' mandatory minimum with possible maximum imprisonment for life; $4,000,000.00 fine.
================================================================================
Count # II: Possession of heroin (more than one kilogram) with intent to distribute; 21:841(a)(1).

**Max. Penalty:** Ten years'  mandatory minimum with possible maximum imprisonment for life; $4,000,000.00 fine.
================================================================================
Count #

**Max. Penalty:**
================================================================================
Count #:

**Max. Penalty:**
================================================================================
Count #:

**Max. Penalty:**
================================================================================

================================================================================

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. 00-6173-CR-ZLOCH(S) |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |

**CARLOS ENRIQUE GIRALDO HURTADO**

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami  ___ Key West
_X_ FTL    ___ WPB ___ FTP

New Defendant(s)  Yes _X_  No ___
Number of New Defendants  _0_
Total number of counts  _2_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No) YES
   List language and/or dialect  SPANISH

4. This case will take  _3_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                       (Check only one)

   I    0 to 5 days       _X_      Petty      ___
   II   6 to 10 days      ___      Minor      ___
   III  11 to 20 days     ___      Misdem.    ___
   IV   21 to 60 days     ___      Felony     _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) YES
   If yes:
   Judge: WILLIAM J ZLOCH          Case No. 00-6173-CR-ZLOCH
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) ___YES___
   If yes:
   Magistrate Case No.  00-4144-VITUNAC
   Related Miscellaneous numbers: ___
   Defendant(s) in federal custody as of JUNE 15, 2000
   Defendant(s) in state custody as of ___
   Rule 20 from the ___          District of ___

   Is this a potential death penalty case? (Yes or No)  NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*[signature]*
DEBRA J. STUART
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500061