UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6173-CR-ZLOCH
Magistrate Judge Seltzer

UNITED STATES OF AMERICA,
    Plaintiff,

v.

CARLOS HURTADO,

    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

COMES NOW the defendant, Carlos Hurtado, by and through his undersigned attorney, and files his Unopposed Motion For Continuance, and states as follows:

1. The above-styled matter is set for trial on the August 14, 2000, trial calendar with a calendar call set for August 11, 2000. This is the first trial setting in this case.

2. The defendant respectfully requests a continuance of the trial date. Additional time is necessary to complete the factual investigation. Further, the undersigned needs additional time to research and prepare a motion to suppress the physical evidence seized from the defendant. Finally, additional time is needed to complete preparation for trial.

3. The undersigned has discussed this motion with the defendant, and he has agreed to the filing of the motion.

5. In addition, AUSA Deb Stuart has advised that she has no objection to the Court granting the motion and continuing the case.

WHEREFORE the defendant prays that the Court grant this motion and continue the trial of this cause.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *(signature)*

Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 27TH day of July, 2000, to Deb Stuart, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394.

*(signature)*

Martin J. Bidwill