UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 99-6173-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLOS ENRIQUE GIRALDO HURTADO
    Defendant.

## GOVERNMENT'S SPEEDY TRIAL REPORT

Pursuant to Local Rule 88.5, the United States files its Speedy Trial Report.

1. Defendant Carlos Enrique Giraldo Hurtado was arrested on June 15, 2000, and made his initial appearance in Court on June 19, 2000. On June 22, 2000, the indictment in the case at bar was filed. Therefore, the speedy trial clock was triggered on June 22, 2000. 18 U.S.C. 3161(c)(1). On July 27, 2000, defendant Hurtado filed an unopposed motion to continue the trial date. Therefore, since June 22, 2000, when the Speedy Trial Clock was triggered, the government has determined that 35 days of non-excludable time have elapsed.

2. The following Speedy Trial Chart sets forth the proceedings that have occurred since June 22, 2000, resulting in excludable time under 18 U.S.C. §3161(h):



| DATES | ACTIVITY | ELAPSED TIME | EXCLUDABLE DAYS |
|---|---|---|---|
| 06/22/00 | Indictment | | |
| 07/27/00 | Defendant Hurtado's Motion to Continue filed | 35 days | |
| 08/09/00 | Speedy trial report filed | 13 days | (excludable) 13 days |

**TOTAL TIME ELAPSED:**      **48 days total**      **35 DAYS**

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By      *Debra J. Stuart*
Debra J. Stuart
Assistant United States Attorney
Court No. A 5500061
500 E. Broward Blvd.
Suite 700
Fort Lauderdale, Florida 33394
Tel: 954-356-7255 ext. 3597
Fax: 954-356-7336

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by first-class United States mail, postage pre-paid, August 9, 2000, to Marty Bidwell, Asst. Federal Public Defender, 101 N.E. 3rd Ave., Ft. Lauderdale, Fl 33301.

Debra J. Stuart
Assistant United States Attorney