UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
AUG 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6173-CR-Zloch DATE 8-11-00
CLERK Carline Newey    REPORTER Carl Schanzle
PROBATION _____    INTERPRETER _____

UNITED STATES OF AMERICA v. Carlos Hurtado

U. S. ATTORNEY Debra Stuart   DEFT COUNSEL Pat Hunt
for B. Lewis

DEFENDANT:   PRESENT    NOT PRESENT    ON BOND    IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft's mtn for continuance granted - all time excludable

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC

21