UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6173-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLOS ENRIQUE GIRALDO HURTADO,

    Defendant.
_____/

**ORDER GRANTING CONTINUANCE
AND RESETTING TRIAL**

FILED by _____ D.C.

AUG 1 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

    THIS MATTER is before the Court for Calendar Call on August 11, 2000 and upon the Defendant, Carlos Hurtado's, Unopposed Motion For Continuance, bearing Certificate of Service dated July 27, 2000, based upon the need of counsel for said Defendant for additional time within which to prepare to properly defend this matter and further, upon ongoing plea negotiations. The Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that the Defendant, Carlos Hurtado's, Unopposed Motion For Continuance be and the same is hereby **GRANTED**. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a Speedy Trial.

    **IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause is hereby removed from the trial calendar of August 14, 2000 and

is hereby reset for the two-week trial calendar commencing on Tuesday, September 26, 2000, at 9:30 a.m., in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is hereby set for Monday, September 25, 2000, at 9:00 a.m. in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance must be filed fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of this continuance, July 27, 2000, through and including September 26, 2000, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, §§ 3161(h)(8) and 3161(h)(1)(I).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___14th___ day of August, 2000.

                                        WILLIAM J. ZLOCH
                                      Chief United States District Judge

Copies furnished:

Debra Stuart, Esq., AUSA

Martin J. Bidwill, Esq., AFPD
*For Defendant Hurtado*

2