

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6173-CR-ZLOCH

UNITED STATES OF AMERICA

v.

CARLOS ENRIQUE GIRALDO HURTADO

---

TYPE OF CASE                    CRIMINAL

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

---

PLACE                              COURTROOM A
299 E. BROWARD BLVD.               DATE & TIME:
FT. LAUDERDALE, Fl, 33301          September 22, 2000, at 9:00 AM

---

**CALENDAR CALL - RESET BY COURT**

---

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: August 15, 2000

cc:
Debra Stuart, Esq., AUSA
Martin Bidwill, Esq., AFPD