DJS:am

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6123-CR-ZLOCH/SELTZER

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CARLOS ENRIQUE GIRALDO HURTADO,

        Defendant.
_____/



### GOVERNMENT'S SUPPLEMENTAL RESPONSE
### TO STANDING DISCOVERY ORDER

The United States of America, by and through the undersigned Assistant United States Attorney, provides the attached information by way of supplement to its response to the Standing Discovery Order in this cause.

    A.1    An advice and waiver of rights form signed by the defendant, is attached.

    A.2    Personal history information provided by the defendant after his arrest, is attached.



A5. Copies of photos and physical items which may be offered as evidence in the government's case, are attached.

The items listed above bear numbers 1-25.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____

DEBRA J. STUART
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500061
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Telephone: (954) 356-7255, Ext. 3597
Facsimile: (954) 356-7336
E-Mail: Debra.Stuart@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by hand this ___day of August, 2000 to Martin J. Bidwill, Esq., Assistant Federal Public Defender, 101 NE Third Ave., Suite 202, Ft. Lauderdale, FL 33301.

_____
DEBRA J. STUART
ASSISTANT UNITED STATES ATTORNEY