UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:   00-6173-CR-ZLOCH

FILED by _____ D.C.
AUG 2 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

v.

CARLOS ENRIQUE GIRALDO HURTADO

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE
299 E. BROWARD BLVD.
FT. LAUDERDALE, Fl, 33301

COURTROOM A
DATE & TIME:
September 27, 2000, at 9:00 AM

**CALENDAR CALL - RESET BY COURT**

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: August 28, 2000

cc:
Debra Stuart, Esq., AUSA
Martin Bidwill, Esq., AFPD