**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6173-CR-ZLOCH**



**UNITED STATES OF AMERICA**

    **V.**

**CARLOS ENRIQUE GIRALDO HURTADO**

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:  
299 E. BROWARD BLVD.  
FT. LAUDERDALE, FL 33301

COURTROOM A  
DATE & TIME:  
October 19, 2000 at 9:30 AM

**CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX  
CLERK OF COURT

BY DEPUTY CLERK

DATE: September 26, 2000

cc:  
Debra Stuart, Esq., AUSA  
Patrick Hunt, Esq., AFPD

