UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.

OCT 1 ⁙ 2000

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6173-CR- 2100h   DATE 10-19-00

CLERK Carline Newbey           REPORTER Carl Schenckely

PROBATION                      INTERPRETER Ana Gornez

UNITED STATES OF AMERICA   v. Carlos Enrique Giraldo Hurtodo

U. S. ATTORNEY Jeffrey Kay    DEFT COUNSEL Patrick Hunt

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND   (IN CUSTODY)

REASON FOR HEARING Change of Plea to
Count One of Superseding Indictment

RESULT OF HEARING Court accepted Plea a adjudged
deft guilty to Count One.

JUDGMENT _____

CASE CONTINUED TO 1-18-00   TIME 9:30   FOR Sentencing

MISC Written Plea Agreement