FILED by _____

DEC 1 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.O. OF FLA. FT. LAUD.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO:   00-6173-CR-ZLOCH**

**UNITED STATES OF AMERICA**

        **V.**                                    **NOTICE**

**CARLOS ENRIQUE GIRALDO HURTADO**

---

**TYPE OF CASE**                    **CRIMINAL**

---

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

---

**PLACE**                              **COURTROOM A**
**299 E. BROWARD BLVD.**              **DATE & TIME:**
**FT. LAUDERDALE, Fl, 33301**        **January 26, 2001, at 9:30 AM**

---

**SENTENCING - RESET BY COURT**

---

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: December 18, 2000

cc:
Debra Stuart, Esq., AUSA
Patrick Hunt, Esq.
Probation

31