-cr-06173-WJZ   Document 33   Entered on FLSD Docket 01/29/2001   P

FILED by
JAN 2 6 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER: 00-6173-CR-Zloch   DATE: 1-26-01
CLERK: Carlene Newby   REPORTER: Carl Schieichen
PROBATION: Frances Weisburg   INTERPRETER: Ana Gomez / Edna Brayfield

UNITED STATES OF AMERICA v. Carlos Hurtado

U.S. ATTORNEY: Bertha Mitrani   DEFT COUNSEL: Patrick Hunt

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Deft's objection to role granted. Deft to receive 2 level reduction - Ct1 - 66 months custody of BOP - 3 yrs Supervised Release - $2,000 fine - $100 JUDGMENT assessment - Spec Cond - Participate in Drug/Alcohol Abuse program - FPD appointed for appeal - Court Recommends Boot Camp if deft qualifies

CASE CONTINUED TO: ___   TIME: ___   FOR: same - Ct Recommends Facility
MISC: in N.Y.

33