# United States District Court

## Southern District of Florida
### FORT LAUDERDALE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For Offenses Committed On or After November 1, 1987) |
| **CARLOS ENRIQUE GIRALDO HURTADO** | Case Number:  **00-6173-CR-ZLOCH** |
| | Counsel For Defendant: **PATRICK HUNT, ESQ., AFPD** |
| | Counsel For The United States: **BERTHA MITRANI, ESQ., AUSA** |
| | Court Reporter: **Carl Schanzleh** |

**THE DEFENDANT:**

[X] pleaded guilty to count one of superseding indictment

[ ] pleaded nolo contendere to count(s)
which was accepted by the court.

[ ] was found guilty on count(s)
after a plea of not guilty

FILED by _____ D.C.
JAN 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 21:846 conspiracy to possess with intent to distribute heroin | | 6/00 | 1 |

The defendant is sentenced as provided in pages 2 through __8__ of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)

[X] Count remaining dismissed on the motion of the United States.
TO THE EXTENT NOT OTHERWISE DISPOSED OF HEREIN, ALL PENDING MOTIONS ARE DENIED AS MOOT.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **3/25/61**
Defendant's USM Number: **55350-004**

Defendant's Residence Address:
3204 81ST ST. #3

JACKSON HEIGHTS, NY 11370

Defendant's Mailing Address:
3204 81ST ST. #3

JACKSON HEIGHTS, NY 11370

1/26/01
Date of Imposition of Judgment

/s/ William J. Zloch
Signature of Judicial Officer

**William J. Zloch**
Chief U.S. District Court Judge

Date: 1/29/01

DEFENDANT: **HURTADO, CARLOS ENRIQUE GIRALDO**
CASE NUMBER: **00-6173-CR-ZLOCH**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 66 months.

☐ The Court makes the following recommendations to the Bureau of Prisons: Court recommends Boot Camp For the defendant if the defendant qualifies for same. Court recommends a facility in New York..

☒ **The defendant is remanded to the custody of the United States Marshal.**

☐ The defendant shall surrender to the United States Marshal for this district.

 ☐ at      a.m. / p.m. on

 ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

 ☐ before 2:00 p.m. on

 ☐ as notified by the United States Marshal.

 ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on 2-20-01 to FCI FORT DIX

at FCI FORT DIX, NJ, with a certified copy of this judgment.

03640

FOR NANCY BANLEY
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal