PROB 22
Rev. 2/88

# TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran.Ct) |
|---|
| 00-6173-CR-ZLOCH |
| DOCKET NUMBER (Rec.Ct) |
| 06-173 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| CARLOS ENRIQUE GIRALDO HURTADO<br>1261 WAVERLY PLACE<br>ELIZABETH, NJ 07208 | SOUTHERN DISTRICT OF FLORIDA | SUPERVISED RELEASE |
| | NAME OF SENTENCING JUDGE | |
| | WILLIAM J. ZLOCH, CHIEF JUDGE | |
| SD/FL PACTS No. #64340 | DATES OF PROBATION SUPERVISED RELEASE | FROM 6/18/04    TO 6/17/07 |

OFFENSE: 21:846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE HEROIN

[FILED stamp: 2006 MAR 31 PM 1:25, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD.]

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

    **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the DISTRICT OF NEW JERSEY upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/21/04 Date      _[signature]_ United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

    **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7 March 2006 Effective Date      _[signature]_ United States District Judge    36