# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT



March 31, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
50 WALNUT STREET ROOM 4015
NEWARK, NJ 07101

RE:    *USA -V- CARLOS ENRIQUE GIRALDO HURTADO*
       Case No. 00-6173-CR-ZLOCH

Dear Sir:

Pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer/supervised releasee has been transferred to your court. In compliance with the Transfer of Jurisdiction the following items are being forwarded herewith:

    –    (1) original form PROB 22 Transfer of Jurisdiction
    –    (1) certified copy of the Indictment/Information
    –    (1) certified copy of the J&C
    –    (1) certified copy of the docket sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

CLARENCE MADDOX
Clerk of Court

by: AARON TIJERINO
    Deputy Clerk

Encl.

---

PROB 22
Rev. 2/88

| | DOCKET NUMBER(Tran.Ct) |
|---|---|
| **TRANSFER OF JURISDICTION** | 00-6173-CR-ZLOCH |
| | DOCKET NUMBER(Rec.Ct) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| CARLOS ENRIQUE GIRALDO HURTADO<br>1261 WAVERLY PLACE<br>ELIZABETH, NJ 07208 | SOUTHERN DISTRICT<br>OF FLORIDA | SUPERVISED RELEASE<br>06-173 |
| | NAME OF SENTENCING JUDGE | |
| | WILLIAM J. ZLOCH, CHIEF JUDGE | |

| SD/FL PACTS No. #64340 | | DATES OF PROBATION<br>SUPERVISED RELEASE | FROM<br>6/18/04 | TO<br>6/17/07 |
|---|---|---|---|---|

OFFENSE: 21:846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE HEROIN

FILED BY
2006 MAR 31 PM 1: 25
CLERK
CLERK U.S. DIST.
S.D. OF FLA.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the DISTRICT OF NEW JERSEY                upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 12/21/04 | |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE                DISTRICT OF

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 7 March 2006 | |
|---|---|
| Effective Date | United States District Judge |

U.S. District Court

FLS - Southern District of Florida FtLauderdale

CRIMINAL DOCKET FOR CASE #: 00-CR-6173

USA v. Hurtado                                                    Filed: 06/22/00
Assigned to: William J. Zloch


Other Docket #: 0:00-m -04144


CARLOS GIRALDO HURTADO (1) ,          Patrick Michael Hunt
DOB: 3/25/61 Prisoner # 55350-          [term  01/29/01]
004                                    FTS 356-7556
      defendant                        [COR LD NTC pda]
  [term  01/29/01]                     Public Defender
                                         [term  06/22/00]
                                       FTS 356-7556
                                       [COR LD NTC pda]
                                       Federal Public Defender's
                                       Office
                                       1 E Broward Boulevard
                                       Suite 1100
                                       Fort Lauderdale, FL 33301
                                       954-356-7436

                                       Martin John Bidwill
                                         [term  09/22/00]
                                       FTS 536-4559
                                       [COR LD NTC pda]
                                       Federal Public Defender's
                                       Office
                                       400 Australian Avenue
                                       Suite 1000
                                       West Palm Beach, FL 33401-5040
                                       561-833-6288

Pending Counts:                             Disposition

21:846=ND.F CONSPIRACY POSSESS        Imprisoned for a total term of
WITH INTENT TO DISTRIBUTE             66 months.  Supervised
HEROIN                                Release for a term of three
(1s)                                  years.  Assessment of $100 and
                                      a fine of $2,000.
                                      (1s)


Offense Level (opening): 4

Terminated Counts:                          Disposition

21:846=ND.F CONSPIRACY POSSESS        Dismissed on the motion of the
WITH INTENT TO DISTRIBUTE             United States.
HEROIN                                (1)
(1)

21:841A=ND.F POSSESS WITH             Dismissed on the motion of the
INTENT TO DISTRIBUTE HEROIN           United States.
(2s)                                  (2s)

21:841A=ND.F POSSESS WITH             Dismissed on the motion of the

Proceedings include all events.                                                      BSS
0:00CR6173     USA v. Hurtado                                    CLOSED


INTENT TO DISTRIBUTE HEROIN        United States.
(2)                                (2)

Offense Level (disposition): 4


Complaints                                 Disposition

Possess with intent to
distribute heroin 21:841(a)(1)
and    Conspiracy to possess
with intent to distribute,
21:846     [ 0:00-m -4144 ]

U. S. Attorneys:

  Debra J. Stuart
  FTS 466-1020
  [COR LD NTC]
  United States Attorney's Office
  505 S 2nd Street
  Suite 200
  Fort Pierce, FL 34950
  772-466-0899

  PTS Officer
  954-769-5600
  [COR LD NTC]
  Pretrial Services Office
  101 NE 3rd Avenue
  Suite 200
  Fort Lauderdale, FL 33301
  954-769-5600

  Probation Officer
  FTS 769-5566

  954-769-5500
  [COR LD NTC]
  United States Probation Office
  299 E Broward Boulevard
  Room 409
  Fort Lauderdale, FL 33301-1865
  954-769-5500


--------------------------------

06/15/00 ---          ARREST of Carlos Giraldo Hurtado
                      [ 0:00-m -4144 ] (pb) [Entry date 06/20/00]

06/19/00   1          COMPLAINT as to Carlos Giraldo Hurtado
                      [ 0:00-m -4144 ] (pb) [Entry date 06/20/00]

06/19/00   2          Minutes of initial appearance held on 6/19/00  before
                      Magistrate Judge Lurana S. Snow as to Carlos Giraldo
                      Hurtado  Tape #: 00-028
                      [ 0:00-m -4144 ] (pb) [Entry date 06/20/00]

06/19/00   3          ORDER on Initial Appearance as to Carlos Giraldo Hurtado
                      Pretrial Detention Requested ., for Appointment of Public
                      Defender Detention hearing set for 10:30 6/23/00 ;

Proceedings include all events.                                                        BSS
0:00CR6173      USA v. Hurtado                                          CLOSED

|  |  |  |
|---|---|---|
|  |  | Preliminary examination set for 11:00 7/3/00 ; before Duty Magistrate, , ( Signed by Magistrate Judge Lurana S. Snow on 6/19/00) Tape # 00-028 CCAP [ 0:00-m -4144 ] (pb) [Entry date 06/20/00] |
| 06/20/00 | 4 | REPORT Commencing Criminal Action as to Carlos Giraldo Hurtado  DOB: 3/25/61  Prisoner # 55350-004 [ 0:00-m -4144 ] (pb) [Entry date 06/20/00] |
| 06/22/00 | 5 | INDICTMENT as to Carlos Giraldo Hurtado (1) count(s) 1, 2 (Criminal Category 1) (Preliminary Examination cancelled.) (dd) [Entry date 06/22/00] |
| 06/22/00 | --- | Magistrate identification:  Magistrate Judge Barry S. Seltzer (dd) [Entry date 06/22/00] |
| 06/22/00 | 6 | NOTICE of Assignment of Assistant Public Defender for Carlos Giraldo Hurtado . Terminated attorney Public Defender for Carlos Giraldo Hurtado AFPD Martin John Bidwill assigned. (lh) [Entry date 06/26/00] |
| 06/22/00 | 7 | DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by Carlos Giraldo Hurtado (lh) [Entry date 06/26/00] |
| 06/23/00 | 8 | ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to Carlos Giraldo Hurtado   Status conference set for 11:00 7/10/00 for Carlos Giraldo Hurtado  before Magistrate Barry S. Seltzer ( Signed by Magistrate Judge Lurana S. Snow on 6/23/00) CCAP [EOD Date: 6/26/00]  CCAP (lh) [Entry date 06/26/00] |
| 06/23/00 | 9 | STANDING DISCOVERY ORDER as to Carlos Giraldo Hurtado   all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Judge Lurana S. Snow on 6/23/00)  Tape # 00-033 CCAP (lh) [Entry date 06/26/00] |
| 06/23/00 | 10 | ARRAIGNMENT INFORMATION SHEET for Carlos Giraldo Hurtado (1) count(s) 1, 2   NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (lh) [Entry date 06/27/00] |
| 06/23/00 | 11 | Minutes of PTD/Arraignment held on 6/23/00  before Magistrate Judge Lurana S. Snow as to Carlos Giraldo Hurtado ;  Court Reporter Name or Tape #: 00-033 1929-2003 LSS (lh) [Entry date 06/27/00] |
| 07/07/00 | 12 | RESPONSE to Standing Discovery Order by USA  as to Carlos Giraldo Hurtado (lh) [Entry date 07/10/00] |
| 07/10/00 | 13 | STATUS REPORT ORDER as to Carlos Giraldo Hurtado  . ( Signed by Magistrate Barry S. Seltzer on 7/10/00) CCAP [EOD Date: 7/11/00]  CCAP (lh) [Entry date 07/11/00] |
| 07/10/00 | 14 | Minutes of status conference held on 7/10/00  before Magistrate Barry S. Seltzer as to Carlos Giraldo Hurtado ; Court Reporter Name or Tape #: 00-055 994-1050 pg# 4 BSS (lh) [Entry date 07/11/00] |
| 07/10/00 | --- | Status conference as to Carlos Giraldo Hurtado  held (lh) [Entry date 07/11/00] |

Proceedings include all events.                                                          BSS
0:00CR6173      USA v. Hurtado                                        CLOSED

| 07/11/00 | 15 | NOTICE of Hearing as to Carlos Giraldo Hurtado : setting calendar call for 9:00 8/11/00 for Carlos Giraldo Hurtado before Judge William J. Zloch, setting Jury trial for 8/14/00 for Carlos Giraldo Hurtado (lh) [Entry date 07/12/00] |
|---|---|---|
| 07/11/00 | 16 | ORDER RE: Trial Instructions as to Carlos Giraldo Hurtado ( Signed by Judge William J. Zloch on 7/11/00) CCAP [EOD Date: 7/12/00]    CCAP (lh) [Entry date 07/12/00] |
| 07/20/00 | 17 | SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Carlos Giraldo Hurtado (dp) [Entry date 07/21/00] |
| 07/27/00 | 18 | SUPERSEDING INDICTMENT as to Carlos Giraldo Hurtado (1) count(s) 1s, 2s (Criminal Category 1) (lh) [Entry date 07/31/00] |
| 07/27/00 | 19 | UNOPPOSED MOTION by Carlos Giraldo Hurtado to continue trial (lh) [Entry date 07/31/00] |
| 08/09/00 | 20 | Speedy Trial Report by USA as to Carlos Giraldo Hurtado (lh) [Entry date 08/11/00] |
| 08/11/00 | 21 | Minutes of calendar call held on 8/11/00 before Judge William J. Zloch as to Carlos Giraldo Hurtado ; Court Reporter Name or Tape #: Carl Schanzleh (lh) [Entry date 08/14/00] |
| 08/14/00 | 22 | ORDER as to Carlos Giraldo Hurtado granting [19-1] motion to continue trial as to Carlos Giraldo Hurtado (1) terminated deadlines, resetting Jury trial for 9:30 9/26/00 for Carlos Giraldo Hurtado, set calendar call for 9:00 9/25/00 for Carlos Giraldo Hurtado, to Continue in Interest of Justice ( Signed by Judge William J. Zloch on 8/14/00) CCAP [EOD Date: 8/15/00] CCAP (lh) [Entry date 08/15/00] |
| 08/15/00 | 23 | NOTICE of Hearing as to Carlos Giraldo Hurtado : reset calendar call for 9:00 9/22/00 for Carlos Giraldo Hurtado (lh) [Entry date 08/16/00] |
| 08/21/00 | 24 | SUPPLEMENT by USA as to Carlos Giraldo Hurtado to: [17-1] order response (lh) [Entry date 08/22/00] |
| 08/28/00 | 25 | NOTICE of Hearing as to Carlos Giraldo Hurtado : reset calendar call for 9:00 9/27/00 for Carlos Giraldo Hurtado (lh) [Entry date 08/28/00] |
| 09/22/00 | 26 | NOTICE of Assignment of Assistant Public Defender for Carlos Giraldo Hurtado . Terminated attorney Martin John Bidwill for Carlos Giraldo Hurtado AFPD Patrick Michael Hunt assigned. (lh) [Entry date 09/25/00] |
| 09/26/00 | 27 | NOTICE of Hearing as to Carlos Giraldo Hurtado : set Change of Plea Hearing for 9:30 10/19/00 for Carlos Giraldo Hurtado (lh) [Entry date 09/27/00] |
| 10/19/00 | 28 | Plea Agreement as to Carlos Giraldo Hurtado (lh) [Entry date 10/20/00] |

Proceedings include all events.                                                    BSS
0:00CR6173      USA v. Hurtado                                        CLOSED

10/19/00    29         Minutes of change of plea held on 10/19/00  before Judge
                       William J. Zloch as to Carlos Giraldo Hurtado ; GUILTY:
                       Carlos Giraldo Hurtado (1) count(s) 1s  Court Reporter
                       Name or Tape #: Carl Schanzleh (lh) [Entry date 10/20/00]

10/19/00    30         NOTICE of Hearing as to Carlos Giraldo Hurtado :  setting
                       Sentencing for 9:30 1/18/01 for Carlos Giraldo Hurtado (lh)
                       [Entry date 10/20/00]

12/18/00    31         NOTICE of Hearing as to Carlos Giraldo Hurtado :
                       resetting Sentencing for 9:30 1/26/01 for Carlos Giraldo
                       Hurtado (lh) [Entry date 12/19/00]

01/25/01    32         REQUEST/NOTICE for role adjustment by Carlos Giraldo
                       Hurtado (lh) [Entry date 01/26/01]

01/26/01    33         Minutes of sentencing held on 1/26/01  before Judge William
                       J. Zloch as to Carlos Giraldo Hurtado ;  Court Reporter
                       Name or Tape #: Carl Schanzleh (lh) [Entry date 01/29/01]

01/26/01 ---           Sentencing  held Carlos Giraldo Hurtado (1) count(s) 1s (lh)
                       [Entry date 01/30/01]

01/29/01    34         JUDGMENT as to  Carlos Giraldo Hurtado (1) count(s) 1s.
                       Imprisoned for a total term of 66 months.  Supervised
                       Release for a term of three years.  Assessment of $100 and
                       a fine of $2,000. , Carlos Giraldo Hurtado (1) count(s) 1,
                       2s , 2 .  Dismissed on the motion of the United States.  (
                       Signed by Judge William J. Zloch on 1/29/01) CCAP [EOD
                       Date: 1/30/01]  CCAP (lh) [Entry date 01/30/01]

03/12/01    35         Judgment Returned Executed as to Carlos Giraldo Hurtado on
                       2/20/01 at FCI Fort Dix, NJ (lh) [Entry date 03/13/01]

DJS:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6173**

21 U.S.C. 846
21 U.S.C. 841(a)(1)

**CR-ZLOCH**

MAGISTRATE JUDGE
SELTZER

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| v. | : |
| CARLOS ENRIQUE GIRALDO HURTADO, | : |
| DEFENDANT. | : |

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about June 15, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

CARLOS ENRIQUE GIRALDO HURTADO,

did knowingly and intentionally combine, conspire, confederate and agree with persons unknown to the grand jury to possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 846.

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida

By _____ Deputy Clerk
Date 3/31/06

<u>COUNT II</u>

On or about June 15, 2000, at Ft. Lauderdale/Hollywood International Airport, in Broward

County, in the Southern District of Florida, the defendant,

CARLOS ENRIQUE GIRALDO HURTADO,

did knowingly and intentionally possess with the intent to distribute, a Schedule I controlled

substance, that is, a mixture and substance containing a detectable amount of heroin, in violation of

Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

DEBRA J. STUART
ASSISTANT U.S. ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO. _____

v.

CARLOS HURTADO                    **CERTIFICATE OF TRIAL ATTORNEY**
_____          Superseding Case Information:

**Court Division:** (Select One)      New Defendant(s)       Yes ____    No ____
                                      Number of New Defendants    ____
___ Miami  ____ Key West             Total number of counts       ____
_X_ FTL  ____ WPB ____ FTP

        I do hereby certify that:

1.      I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.      I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.      Interpreter:      (Yes or No) _NO_____
        List language and/or dialect _____

4.      This case will take _3__ days for the parties to try.

5.      Please check appropriate category and type of offense listed below:
        (Check only one)                          (Check only one)

|     |                    |        |          |        |
|-----|--------------------|--------|----------|--------|
| I   | 0 to 5 days        | _X_    | Petty    | ____   |
| II  | 6 to 10 days       | ____   | Minor    | ____   |
| III | 11 to 20 days      | ____   | Misdem.  | ____   |
| IV  | 21 to 60 days      | ____   | Felony   | _X_    |
| V   | 61 days and over   | ____   |          |        |

6.      Has this case been previously filed in this District Court? (Yes or No) _NO_
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter?        (Yes or No) _YES____
If yes:
Magistrate Case No. __00-4144-VITUNAC_____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of __June 15, 2000_____
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No) _NO_____

7.      Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _ Yes _X_ No    If yes, was it pending in the Central Region? _ Yes _ No

                                      _____
                                      DEBRA J. STUART
                                      ASSISTANT UNITED STATES ATTORNEY
                                      COURT NO. A5500061

*Penalty Sheet(s) attached                              REV.4/7/99

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
<u>**PENALTY SHEET**</u>

Defendant's Name:   CARLOS ENRIQUE
                    GIRALDO HURTADO         NO. _____

Count # I   18 U.S.C. 846   (Attempt and Conspiracy)

*Max. Penalty:  10 years' mandatory minimum; possible maximum imprisonment of life; $4,000,000 fine

Count # II   18 U.S.C.  841(a)(1) (Posession w/ intent to distribute heroin)

*Max. Penalty:    10 years' mandatory minimum; possible maximum imprisonment of life; $4,000,000 fine

Count # _____

*Max. Penalty:
**\*Refers only to possible term of incarceration. does not include possible fines, restitution, special assessments, <u>parole terms, or forfeitures that may be applicable.</u>**

REV. 12 12 96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>00-6173-CR-ZLOCH(S)</u>
21 U.S.C. §846
21 U.S.C. §841(a)(1)
18 U.S.C. §2

UNITED STATES OF AMERICA,                    )
                                             )
                    Plaintiff,               )
                                             )
v.                                           )
                                             )
CARLOS ENRIQUE GIRALDO HURTADO,              )
                                             )
                    Defendant.               )
_____/



<u>SUPERSEDING
INDICTMENT</u>

The Grand Jury charges that:

<u>COUNT I</u>

On or about June 15, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

CARLOS ENRIQUE GIRALDO HURTADO,

did knowingly and intentionally combine, conspire, confederate and agree with persons unknown to the grand jury to possess with intent to distribute a Schedule I controlled substance, that is , more than one kilogram of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.



Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U. S. District Court
Southern District of Florida

By _____   Deputy Clerk

Date 3/31/06

<u>COUNT II</u>

On or about June 15, 2000, at Ft. Lauderdale/Hollywood International Airport, in Broward

County, in the Southern District of Florida, the defendant,

CARLOS ENRIQUE GIRALDO HURTADO,

did knowingly and intentionally possess with intent to distribute, a Schedule I controlled substance,

that is, more than one kilogram of a mixture and substance containing a detectable amount of heroin,

in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code,

Section 2.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

DEBRA J. STUART
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

Defendant Name:    Carlos Giraldo Hurtado              Case No.: 00-6173-CR-ZLOCH(S)

Count #I: Conspiracy to possess with intent to distribute heroin (more than one kilogram);   21: 841(a)(1) and 846.

**Max. Penalty:** Ten years' mandatory minimum with possible maximum imprisonment for life; $4,000,000.00 fine.

Count # II: Possession of heroin (more than one kilogram) with intent to distribute; 21:841(a)(1).

**Max. Penalty:** Ten years'  mandatory minimum with possible maximum imprisonment for life; $4,000,000.00 fine.

Count #

**Max. Penalty:**

Count #:

**Max. Penalty:**

Count #:

**Max. Penalty:**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA                    CASE NO.    00-6173-CR-ZLOCH(S)

v.                                                       **CERTIFICATE OF TRIAL ATTORNEY***

CARLOS ENRIQUE GIRALDO HURTADO
———————————————————————      **Superseding Case Information:**

**Court Division:** (Select One)               New Defendant(s)        Yes   X    No ____
                                                           Number of New Defendants
____ Miami  ——— Key West                    Total number of counts            2
_X_ FTL  ——  WPB ___ FTP

        I do hereby certify that:

        1.      I have carefully considered the allegations of the indictment, the number of
                defendants, the number of probable witnesses and the legal complexities of the
                Indictment/Information attached hereto.

        2.      I am aware that the information supplied on this statement will be relied upon by the
                Judges of this Court in setting their calendars and scheduling criminal trials under the
                mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

        3.      Interpreter:        (Yes or No) YES
                List language and/or dialect    SPANISH

        4.      This case will take    3    days for the parties to try.

        5.      Please check appropriate category and type of offense listed below:
                (Check only one)                                     (Check only one)

        I       0 to  5 days                    X_____        Petty            _____
        II      6 to 10 days                    _____         Minor            _____
        III     11 to 20 days                   _____         Misdem.          _____
        IV      21 to 60 days                   _____         Felony           X_____
        V       61 days and over                _____

        6.      Has this case been previously filed in this District Court? (Yes or No)  YES
                If yes:
                Judge:  WILLIAM J ZLOCH                      Case No.  00-6173-CR-ZLOCH
                (Attach copy of dispositive order)

                Has a complaint been filed in this matter? (Yes or No)   YES
                If yes:
                Magistrate Case No.  00-4144-VITUNAC
                Related Miscellaneous numbers:
                Defendant(s) in federal custody as of JUNE 15, 2000
                Defendant(s) in state custody as of
                Rule 20 from the _____      District of _____

                Is this a potential death penalty case? (Yes or No)   NO

        7.      Does this case originate from a matter pending in the U. S. Attorney's Office prior to
                April 1, 1999? ___ Yes  _X_ No    If yes, was it pending in the Central Region? ___ Yes ___
                No

        8.      Did this case originate in the Narcotics Section, Miami? ___ Yes  X_ No

                                                        _Debra J. Stuart_
                                                        DEBRA J. STUART
                                                        ASSISTANT UNITED STATES ATTORNEY
                                                        Court No. A5500061

USDC FLSD 245B (Rev. 8/00) Sheet) - Judgment in a Criminal Case

# United States District Court
## Southern District of Florida
### FORT LAUDERDALE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>CARLOS ENRIQUE GIRALDO HURTADO | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>**Case Number:  00-6173-CR-ZLOCH**<br>Counsel For Defendant: PATRICK HUNT, ESQ., AFPD<br>Counsel For The United States BERTHA MITRANI, ESQ., AUSA<br>Court Reporter: Carl Schanzieh |

**THE DEFENDANT:**

☒ pleaded guilty to count one of superseding indictment

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty

FILED by _____ D.C.

JAN 2 9 2001

CLARENCE MADDOX
CLK OF U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| Title & Section<br>Number(s) | Nature of Offense | Date Offense<br>Concluded | Count |
|---|---|---|---|
| 21:846 conspiracy to possess with intent to distribute heroin | | 6/00 | 1 |

The defendant is sentenced as provided in pages 2 through __8__ of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count remaining dismissed on the motion of the United States.
TO THE EXTENT NOT OTHERWISE DISPOSED OF HEREIN, ALL PENDING MOTIONS ARE DENIED AS MOOT.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 3/25/61
Defendant's USM Number: 55350-004

Defendant's Residence Address:
3204 81ST ST. #3

JACKSON HEIGHTS, NY 11370

Defendant's Mailing Address:
3204 81ST ST. #3

JACKSON HEIGHTS, NY 11370

1/26/01
Date of Imposition of Judgment

*(signature)*
Signature of Judicial Officer

**William J. Zloch**
**Chief U.S. District Court Judge**

Date: 1/29/01

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida

By _____ Deputy Clerk

Date 3/31/06

34

USDC FLSD 245B (Rev. 9/00) Sheet 2 - Imprisonment

Judgment-Page _2_ of _8_

DEFENDANT: HURTADO, CARLOS ENRIQUE GIRALDO
CASE NUMBER: 00-6173-CR-ZLOCH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  66 months.

☐  The Court makes the following recommendations to the Bureau of Prisons: Court recommends Boot Camp For the defendant if the defendant qualifies for same.   Court recommends a facility in New York..

☒  **The defendant is remanded to the custody of the United States Marshal.**

☐  The defendant shall surrender to the United States Marshal for this district.

☐  at            a.m. / p.m. on

☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

☐  before 2:00 p.m. on

☐  as notified by the United States Marshal.

☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy U.S. Marshal

USDC FLSD 245B (Rev 9/96) Sheet 3 - Supervised Release

Judgment-Page _3_ of _8_

DEFENDANT: **HURTADO, CARLOS ENRIQUE GIRALDO**
CASE NUMBER: **00-6173-CR-ZLOCH**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of three years.

The defendant shall report to the probation office in the district in which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

[ ]  The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

[X]  **The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

[X]  **The defendant shall also comply with the additional conditions on the attached page.**

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at anytime at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

USDC FLSD 245B (Rev. 9/08) Sheet 3a, Additional Supervised Release Conditions

Judgment-Page _4_ of _8_

DEFENDANT: **HURTADO, CARLOS ENRIQUE GIRALDO**
CASE NUMBER: **00-6173-CR-ZLOCH**

## ADDITIONAL CONDITIONS OF SUPERVISION

The defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Office.  Participation may include inpatient/outpatient treatment, if deemed necessary.  The defendant will contribute to the costs of services rendered (copayment) in an amount determined by the probation officer, based on ability to pay, or availability of third party payment.

USDC FLSD 245B (Rev. 9/00) Sheet 5, Part A - Criminal Monetary Penalties

Judgment-Page _5_ of _8_

DEFENDANT: **HURTADO, CARLOS ENRIQUE GIRALDO**
CASE NUMBER: **00-6173-CR-ZLOCH**

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **Totals:** | $100 | $2,000 | $ |

☐ The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | ** Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |
| **Totals:** | $ | $ | |

☐ If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . . . . $

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ The interest requirement is waived for the fine and/or restitution.

    ☐ The interest requirement for the fine and/or restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

USDC FLSD 245B (Rev. 9/98) Sheet 5, Part B - Schedule of Payments

Judgment-Page _6_ of _8_

DEFENDANT: **HURTADO, CARLOS ENRIQUE GIRALDO**
CASE NUMBER: **00-6173-CR-ZLOCH**

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☒ **Lump sum payment of $ 2,100**          **due immediately, balance due**

      not later than _____ , or
      in accordance with C, D, or E below; or

B ☐   Payment to begin immediately (may be combined with C, D, or E); or

C ☐   Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of
(e     .g., months or years), to commence _____ (e.g., 30 to 60 days) after the date of this judgment; or

D ☐   Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of
      (e.g., months or years), to commence _____ (e.g., 30 to 60 days) after release from imprisonment to a term of
supervision; or

E ☒   Special instructions regarding the payment of criminal monetary penalties:

The U. S. Bureau of Prisons, U. S. Probation Office and U. S. Attorney's Office are responsible for the enforcement of this
order. The fine shall be made payable to Clerk, United States Courts, and forwarded to the Clerk of the Court, 301 North
Miami Avenue, Miami, Florida 33128-7788, Attention: Financial Section, Room 150.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of
imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary
penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are
made to the Clerk of the Court, unless otherwise directed by the court, the probation officer, or the United States attorney.

*The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.*

**The fine is payable to the U.S. COURTS and is to be addressed to:**

      **U.S. CLERK'S OFFICE**
      **ATTN: FINANCIAL SECTION**
      **301 N. MIAMI AVENUE, ROOM 150**
      **MIAMI, FLORIDA 33132**

**The fine is payable immediately. The U.S. Bureau of Prisons, U.S. Probation Office and the U.S. Attorney's Office are
responsible for the enforcement of this order.**

☐   Joint and Several
      Defendant Name, Case Number, and Joint and Several Amount:

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine
principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

USDC FLSD 245B (Rev 9/00) Sheet 6 - Statement of Reasons

DEFENDANT: **HURTADO, CARLOS ENRIQUE GIRALDO**
CASE NUMBER: **00-6173-CR-ZLOCH**

## STATEMENT OF REASONS

☐ The Court adopts the factual findings and guideline application in the presentence report.

### OR

☒ The Court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary): pursuant to 3B1.2(b) the defendant was granted a two level reduction for his minor role participation.

**Guideline Range Determined by the Court:**
Total Offense Level: 25

Criminal History Category: I

Imprisonment Range: *57 - 71 months*

Supervised Release Range: 3 - 5 years

Fine Range: $10,000 - $4,000,000

☒ Fine waived or below the guideline range because of inability to pay.

Total amount of Restitution: $

☐ Discretionary restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. 3663(a)(B)(ii) (or in offenses committed before April 23, 1996, pursuant to 18 U.S.C. § 3663(d)).

☐ Restitution pursuant to the mandatory victim restitution provisions is not ordered in this title 18 property offense because the number of identifiable victims is so large as to make restitution impracticable, pursuant to 18 U.S.C. § 3663A(c)(3)(A).

☐ Restitution pursuant to the mandatory victim restitution provisions is not ordered in this title 18 property offense because determining complex issues of fact and related to the cause of amount of the victim's losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim is outweighed by the burden on the sentencing process, pursuant to 18 U.S.C. § 3663A(c)(3)(B).

☐ For offenses committed on or after September 13, 1994 but before April 23, 1996 that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount    of a restitution order, and do not allow for the *payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.*

☐ Partial restitution is ordered, pursuant to 18 U.S.C. § 3553(c), for the following reason(s):

USDC FLSD 245B (Rev. 9/98) Sheet 8B - Statement of Reason

**DEFENDANT: HURTADO, CARLOS ENRIQUE GIRALDO**
**CASE NUMBER: 00-6173-CR-ZLOCH**

Judgment-Page _8_ of _8_

## STATEMENT OF REASONS

[X] **The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.**

### OR

[ ] *The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):*

### OR

[ ] The sentence departs from the guideline range:

    [ ] upon motion of the government, as a result of defendant's substantial assistance.

    [ ] for the following specific reason(s):

07/28/00  16:07 FAX 9543587338          FT LAUD USAO                                      ☎002

RECEIVED & FILED IN OPEN COURT
ON _10-19-00_ AT
_FT Laud_, FLA.
Clarence Maddox Clerk
United States District Court
Southern District of Florida

DJS:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6173-CR-ZLOCH

UNITED STATES OF AMERICA.

-vs-

CARLOS ENRIQUE GIRALDO HURTADO,

Defendant.

_____/

## PLEA AGREEMENT

The United States of America and Carlos Enrique Giraldo Hurtado (hereinafter referred

to as the "defendant") enter into the following agreement:

1. The defendant agrees to plead guilty to count I of the indictment, which charges the

defendant with knowingly and intentionally conspiring to possess with intent to distribute a

Schedule I controlled substance, that is, more than one kilogram of a mixture and substance

containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections

841(a)(1) and 846.

2. The United States agrees to seek dismissal of count II of the indictment, as to this

defendant, after sentencing.

3. The defendant is aware that the sentence will be imposed in conformity with the

Federal Sentencing Guidelines and Policy Statements (hereinafter "Sentencing Guidelines"), and

that the applicable guidelines will be determined by the court relying in part on the results of a

Pre-Sentence Investigation by the court's probation office, which investigation will commence

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 3/31/06

07/28/00  16:07 FAX 9543567336        FT LAUD USAO                              ☒003

after the guilty plea has been entered. The defendant is also aware that, under certain circumstances, the court may depart from the applicable guideline range and impose a sentence that is either more severe or less severe than the guidelines range. Knowing these facts, the defendant understands and acknowledges that the court has the authority to impose any sentence within and up to the statutory maximum authorized by law for the offense(s) identified in paragraph 1 and that the defendant may not withdraw the plea solely as a result of the sentence imposed.

    4.  The defendant also understands and acknowledges that the court must impose a minimum term of imprisonment of ten years and may impose a statutory maximum term of imprisonment of up to life imprisonment, followed by a term of supervised release. In addition to a term of imprisonment and supervised release, the court may impose a fine of up to $4,000,000.00.

    5.  The defendant further understands and acknowledges that, in addition to any sentence imposed under paragraph 4 of this agreement, a special assessment in the amount of $100.00 will be imposed on the defendant. The defendant agrees that any special assessment imposed shall be paid at the time of sentencing.

    6.  The Office of the United States Attorney for the Southern District of Florida (hereinafter "Office") reserves the right to inform the court and the probation office of all facts pertinent to the sentencing process, including all relevant information concerning the offenses committed, whether charged or not, as well as concerning the defendant and the defendant's background. Subject only to the express terms of any agreed-upon sentencing recommendations

07/28/00  16:21 FAX 9543567336          FT LAUD USAO                            @004

contained in this agreement, this Office further reserves the right to make any recommendation as to the quality and quantity of punishment.

7. The United States agrees that it will recommend at sentencing that the court reduce by two or three levels the sentencing guideline level applicable to the defendant's offense, pursuant to Section 3E1.1 of the Sentencing Guidelines, based upon the defendant's recognition and affirmative and timely acceptance of personal responsibility. The United States further agrees to recommend that the defendant be sentenced at the low end of the guideline range, as that range is determined by the court. However, the United States will not be required to make these sentencing recommendations if the defendant: (1) fails or refuses to make full, accurate and complete disclosure to the probation office of the circumstances surrounding the relevant offense conduct; (2) is found to have misrepresented facts to the government prior to entering this plea agreement; or (3) commits any misconduct after entering into this plea agreement, including but not limited to committing a state or federal offense, violating any term of release, or making false statements or misrepresentations to any governmental entity or official.

8. The United States and the defendant agree that, although not binding on the probation office or the court, they will jointly recommend that, pursuant to Section 5C1.2 of the Sentencing Guidelines, the court impose a sentence within the sentencing guideline range without regard to any statutory minimum sentence identified in paragraph 4 above, provided that:

(a) defendant is not found to have more than one criminal history point, as determined under the Sentencing Guidelines;

(b) not later than the time of the sentencing hearing the defendant provides to the United States a written statement truthfully setting forth all information and evidence the defendant has

concerning the offense or offenses that were part of the same course of conduct or of a common scheme or plan as charged in the indictment; and

(c) the defendant is not found to have used violence or threats of violence, or to have possessed a firearm or other dangerous weapon in connection with the offense; that the offense did not result in death or serious bodily injury to any person; and that the defendant is not found to have been an organizer, leader, manager or supervisor of others in the offense.

9. The defendant is aware that the sentence has not yet been determined by the court. The defendant also is aware that any estimate of the probable sentencing range or sentence that the defendant may receive, whether that estimate comes from the defendant's attorney, the government, or the probation office, is a prediction, not a promise, and is not binding on the government, the probation office or the court. The defendant understands further that any recommendation that the government makes to the court as to sentencing, whether pursuant to this agreement or otherwise, is not binding on the court and the court may disregard the recommendation in its entirety. The defendant understands and acknowledges, as previously acknowledged in paragraph 3 above, that the defendant may not withdraw his plea based upon the court's decision not to accept a sentencing recommendation made by the defendant, the government, or a recommendation made jointly by both the defendant and the government.

10. This is the entire agreement and understanding between the United States and the

-4-

07/28/00  16:22 FAX 9543567336          FT LAUD USAO                                    ☑006

defendant. There are no other agreements, promises, representations, or understandings.

GUY A. LEWIS
UNITED STATES ATTORNEY

Date: 10/19/2000                By: _____
                                    DEBRA J. STUART
                                    ASSISTANT UNITED STATES ATTORNEY

Date: 10/5/00                   By: _____
                                    MARTIN J. BIDWILL, ESQUIRE
                                    ATTORNEY FOR DEFENDANT

Date: 10/5/00                   By: _____
                                    CARLOS ENRIQUE GIRALDO HURTADO
                                    DEFENDANT

-5-