# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT



March 31, 2006

United States District Court
NEW JERSEY
50 WALNUT STREET ROOM 4015

NEWARK, NJ 07101

RE: *USA -V- CARLOS ENRIQUE GIRALDO HURTADO*
Case No.00-6173-CR-ZLOCH

Dear Sir:

Pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer/supervised releasee has been transferred to your court. In compliance with the Transfer of Jurisdiction the following items are being forwarded herewith:

- (1) original form PROB 22 Transfer of Jurisdiction
- (1) certified copy of the Indictment/Information
- (1) certified copy of the J&C
- (1) certified copy of the docket sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

CLARENCE MADDOX
Clerk of Court

by: AARON TIJERINO
Deputy Clerk

Encl.

CLERK'S ACKNOWLEDGMENT OF RECEIPT

This case has been assigned our case number:

06-173

by: _____,
Deputy Clerk

Date: 4-3-06

□301 N. Miami Avenue  □299 E. Broward Boulevard  □701 Clematis Street  □301 Simonton Street  □300 S. Sixth Street
Room 150            Room 108                Room 402           Room 130           Ft. Pierce, FL 34950
Miami, FL 33128     Ft. Lauderdale, FL 33301  W. Palm Beach, FL 33401  Key West, FL 33040  772-595-9691
305-523-5100        954-769-5400            561-803-3400       305-295-8100